UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 19CR4278-LAB |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT AND ORDER OF DISMISSAL |
| CARLO OJEDA, | ) | |
| Defendant. | ) | |

Based on the Motion of the United States leave of court is granted, and

IT IS ORDERED THAT the information in this case be dismissed without prejudice; and

IT IS FURTHER ORDERED THAT the trial date of December 26, 2019 be vacated.

IT IS SO ORDERED.

DATED: December 12, 2019

_____
HON. LARRY ALAN BURNS
Chief United States District Judge